### Origen Bingham v. Elon G. Parsons and Another.

Where a motion is made to reinstate a cause at a term following its dismissal for want of prosecution, the party making the motion should show himself in position to proceed at once to the hearing if the motion is granted.

*Heard January 10th. Decided January 11th.*

Motion to reinstate an appeal in Chancery which had been dismissed at the last term of this court for want of prosecution by the defendants, who were appellants. Affidavits were presented to excuse the default, but the party did not show that he was prepared to proceed to a hearing at this time.

*J. B. Clarke*, for the motion.

*T. M. Cooley*, contra.

THE COURT held the default at the former term not sufficiently excused. They also held that where a party moves to reinstate a cause which was dismissed at a former term for want of prosecution, he should show himself prepared to proceed at once to a hearing, in case his motion should be granted.